IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HERBERT SETH GOODLIN,**<br>          *Plaintiff,*<br><br>     v.<br><br>**ALEX ROSE et al,**<br>          *Defendants.* | Civil No. 23-2304 |

## ORDER

    **AND NOW**, this 21st day of August 2025, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 62), Plaintiff's Response, Defendants' Reply, and following oral argument, it is hereby **ORDERED** that the motion is **GRANTED** for the reasons stated in the accompanying memorandum.  **JUDGMENT** is entered in favor of Defendants and against Plaintiff on all counts.

    **IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Mary Kay Costello*
MARY KAY COSTELLO
United States District Judge